# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | CASE NO. 2:16-cv-02228<br><br>**ORDER GRANTING STIPULATION TO:**<br><br>**(1) EXTEND DEFENDANT'S DEADLINE TO OPPOSE PLAINTIFFS' CONDITIONAL CERTIFICATION MOTION;**<br><br>**(2) EXTEND PLAINTIFFS' DEADLINE TO OPPOSE DEFENDANT'S FORTHCOMING MOTION TO DIMISS/STRIKE; AND**<br><br>**(3) TOLL FLSA LIMITATIONS PERIOD**<br><br>Complaint Filed: September 21, 2016 |

# **ORDER**

Based on the Stipulation of the Parties and good cause appearing, the Court hereby **GRANTS** the Parties' Stipulation to (1) Modify Briefing Schedule as to Plaintiffs' Conditional Certification Motion, (2) and Modify Briefing Schedule as to Defendant's anticipated Motion to Dismiss and/or Strike, (3) and Toll FLSA Limitations Period, and Orders as follows:

1. Defendant will have until October 18, 2017 to file its opposition to Plaintiffs' Renewed Motion for Conditional Certification (Dkt. #37), an extension of 21 days;

2. Plaintiffs will have until November 1, 2017 to file a reply in support of their Renewed Motion for Conditional Certification Motion, an extension of 7 days;

3. Plaintiffs will have until November 1, 2017 to oppose Defendant's anticipated Motion to Dismiss and/or Strike under Fed.R.Civ.P. 12, an extension of 21 days, based upon the anticipated filing of Defendant's Motion on September 27, 2017;

4. Defendant will file its reply in support of its Motion to Dismiss and/or Strike according to the standard time frame; and

5. The statute of limitations for claims under the FLSA by putative collective action members who have not filed consents to join this lawsuit shall be tolled as follows:

    a. For those putative collective action members who worked for Defendant in the states of Nevada or Delaware, the FLSA statute of limitations period shall be tolled from August 30, 2017 until the date that this Court issue any ruling granting, denying or otherwise disposing of Plaintiffs' Renewed Motion for Conditional Certification; and

b. For those putative collective action members who worked for Defendant *outside of* the states of Nevada and Delaware, the FLSA statute of limitations shall be tolled from August 30, 2017 through October 18, 2017.

IT IS SO ORDERED.

Dated this  29  day of September, 2017.    By: _____
JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE