**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com
*Attorneys for Plaintiffs*
*(Additional counsel appear on signature page)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | Case No.: 216-cv-02228<br><br>**NOTICE OF FILING WITHDRAWAL OF JESSE L. YOUNG AS COUNSEL FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that attorney Jesse L. Young hereby withdraws as counsel for Plaintiffs. All other counsel of record for Plaintiffs continue to serve as counsel for Plaintiffs.

DATED this 25th day of January, 2018

**SOMMERS SCHWARTZ, P.C.**

By:  */s/ Jesse L. Young*
Jesse L. Young (PHV)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
248-355-0300
jyoung@sommerspc.com

IT IS SO ORDERED.
_____
UNITED STATES MAGISTRATE JUDGE
DATED: 1-25-2018

Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No. 10217
Justin C. Jones
Nevada Bar No. 8519
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
jjones@wrslawyers.com

Jason T. Brown (PHV)
Nicholas Conlon (PHV)
JTB LAW GROUP, L.L.C.
155 2nd Street, Suite 4
Jersey City, NJ 07302
Phone: (201) 630-0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

**CERTIFICATE OF SERVICE**

I certify that on January 25, 2018, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jesse L. Young*
Jesse L. Young (PHV)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
248-355-0300
jyoung@sommerspc.com