Sheri M. Thome
Nevada Bar No. 8657
Chad C. Butterfield
Nevada Bar No. 10532
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor,
Las Vegas, NV 89101
Telephone: 702.727.1400
Facsimile: 702.727.1401

Michael D. Mandel (admitted *pro hac vice*)
(California SBN #216934)
John A. Van Hook SBN (*pro hac vice*)
(California SBN #205067)
MCGUIREWOODS LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

*Attorneys for Defendant*
BANK OF AMERICA, N.A.

(Additional counsel appear on following page)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | CASE NO. 2:16-cv-02228<br><br>**STIPULATION TO PERMIT DEFENDANT TO FILE SUR-REPLY IN FURTHER OPPOSITION TO MOTION FOR CONDITIONAL CERTIFICATION**<br><br>Complaint Filed:    September 21, 2016 |

| | |
|---|---|
| 1 | Don Springmeyer<br>Nevada Bar No. 1021 |
| 2 | Bradley S. Schrager<br>Nevada Bar No 10217 |
| 3 | Justin C. Jones<br>Nevada Bar No. 8519 |
| 4 | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>3556 E. Russell Road, Second Floor |
| 5 | Las Vegas, Nevada 89120<br>Telephone: 702.341-5200 |
| 6 | Facsimile: 702.341.5300<br>dspringmeyer@wrslawyers.com |
| 7 | bschrager@wrslawyers.corn<br>jjones@wrslawyers.com |

Kevin J. Stoops (admitted *pro hac vice*)
(Michigan SBN # P64371)
Jesse L. Young (admitted *pro hac vice*)
(Michigan SBN # P72614)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: 248.236.5752
Facsimile: 248.936.2143
kstoops@sommerspc.com
jyoung@sommerspc.com

Jason T. Brown (admitted *pro hac vice*)
(New Jersey SBN# 035921996)
Nicholas Conlon (admitted *pro hac vice*)
(New Jersey SBN# 034052013)
JTB LAW GROUP, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
Telephone: 201 630.0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Attorneys for Plaintiffs* MAUREEN CLARK and
SONYA ALEXANDER

## RECITALS

On July 25, 2018, Defendant Bank of America, N.A. ("Defendant") filed Objections to and Motion to Strike Plaintiffs' New Evidence and Arguments Improperly Submitted for the First Time in Their Reply in Support of Motion for Conditional Certification, or, in the Alternative, Request for Leave to File a Sur-Reply (Dkt. #59) (the "Objections").

Subsequently, Defendant and Plaintiffs Maureen Clark and Sonya Alexander ("Plaintiffs", and collectively with Defendant, the "Parties") agreed to resolve Defendant's Objections by agreeing to allow Defendant to file a Sur-Reply in further opposition to Plaintiffs' Motion for Conditional Certification, to be filed no later than August 2, 2018, and not to exceed three (3) pages.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, through their respective undersigned counsel of record, that:

1. Defendant will be permitted to file a Sur-Reply in further opposition to Plaintiffs' Motion for Conditional Certification, to address the issues identified forth in Defendant's Objections (Dkt. #59).

2. Defendant shall file its Sur-Reply by August 2, 2018 and it shall not exceed three (3) pages.

3. This Stipulation resolves the objections and requests for relief set forth in Defendant's Objections.

///
///
///
///

IT IS SO STIPULATED.

DATED: August 2, 2018                    **JTB LAW GROUP, LLC**

                                         By: _____/s/ Nicholas Conlon_____
                                                Nicholas Conlon, Esq.

                                         Attorneys for Plaintiffs
                                         MAUREEN CLARK and SONYA ALEXANDER

DATED: August 2, 2018                    **MCGUIREWOODS LLP**

                                         By: _____/s John A. Van Hook_____
                                                Michael D. Mandel, Esq.
                                                John A. Van Hook, Esq.

                                         Attorneys for Defendant
                                         BANK OF AMERICA, N.A.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8-7-2018