Justin C. Jones, Esq.
Nevada State Bar No. 8519
Nicole Lovelock, Esq.
Nevada State Bar No. 11187
**JONES LOVELOCK**
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: jjones@joneslovelock.com
Email: nlovelock@joneslovelock.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAUREEN CLARK and SONY ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO.:  2:16-cv-02228-GMN-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND ORDER** |

Attorney Justin J. Jones ("Jones"), was formally employed with the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, the attorneys of record for Plaintiffs MAUREEN CLARK and SONYA ALEXANDER (collectively referred to as the "Plaintiffs").  Jones is now employed with the law firm of JONES LOVELOCK, and therefore, no longer the attorney of record for Plaintiffs.

Pursuant to LR IA 11.6(e), Jones hereby moves this Court for an Order removing himself from the case as attorney of record and from all service lists, including the court's electronic notification list, in the above-captioned case.

DATED this 8th day of August, 2018.

**JONES LOVELOCK**

By:    /s/ Justin C. Jones, Esq.
Justin C. Jones, Esq. (8519)
Nicole Lovelock, Esq. (11187)
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101

1

**ORDER**

2     IT IS HEREBY ORDERED that Attorney Justin C. Jones shall be removed as attorney of

3    record for Plaintiffs and from all electronic notices of filings and service.

4                               **IT IS SO ORDERED.**

5

_____

6                              UNITED STATES MAGISTRATE JUDGE

7                              DATED:   8-8-2018

8

9

**CERTIFICATE OF SERVICE**

10     I hereby certify that on the 8th day of August, 2018, a true and correct copy of the **MOTION**

11   **TO REMOVE ATTORNEY FROM SERVICE LIST AND [*PROPOSED*] ORDER** was

12   submitted for filing and service via the United States District Court CM/ECF System on all parties

13   or persons requiring notice in this matter.

14

15

16                        \_\_\_\_/s/ Lorie A. Januskevicius_____
                                 An Employee of JONES LOVELOCK

17

18

19

20

21

22

23

24

25

26

27

28

2