Sheri M. Thome
Nevada Bar No. 8657
Chad C. Butterfield
Nevada Bar No. 10532
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South 4th Street, 11th Floor,
Las Vegas, NV 89101
Telephone: 702.727.1400
Facsimile: 702.727.1401

Michael D. Mandel (admitted *pro hac vice*)
(California SBN #216934)
John A. Van Hook SBN (*pro hac vice*)
(California SBN #205067)
MCGUIREWOODS LLP
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

*Attorneys for Defendant*
BANK OF AMERICA, N.A.

*(Additional counsel appear on following page)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | CASE NO. 2:16-cv-02228-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES TO RE-SUBMIT PROPOSED NOTICE AND CONSENT-TO-SUE FORMS**<br><br>Complaint Filed: September 21, 2016 |

| | |
|---|---|
| 1 | Don Springmeyer<br>Nevada Bar No. 1021 |
| 2 | Bradley S. Schrager<br>Nevada Bar No 10217 |
| 3 | WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>3556 E. Russell Road, Second Floor |
| 4 | Las Vegas, Nevada 89120<br>Telephone:  702.341-5200 |
| 5 | Facsimile:  702.341.5300<br>dspringmeyer@wrslawyers.com |
| 6 | bschrager@wrslawyers.com |
| 7 | Kevin J. Stoops (admitted *pro hac vice*) |
| 8 | (Michigan SBN # P64371)<br>SOMMERS SCHWARTZ, P.C. |
| 9 | One Towne Square, 17th Floor<br>Southfield, Michigan 48076 |
| 10 | Telephone: 248.236.5752<br>Facsimile:  248.936.2143 |
| 11 | kstoops@sommerspc.com |
| 12 | Jason T. Brown (admitted *pro hac vice*) |
| 13 | (New Jersey SBN# 035921996)<br>Nicholas Conlon (admitted *pro hac vice*) |
| 14 | (New Jersey SBN# 034052013)<br>BROWN, LLC |
| 15 | 111 Town Square Place, Suite 400<br>Jersey City, NJ 07310 |
| 16 | Telephone: 201 630.0000<br>jtb@jtblawgroup.com |
| 17 | nicholasconlon@jtblawgroup.com |
| 18 | *Attorneys for Plaintiffs* MAUREEN CLARK and<br>SONYA ALEXANDER |

## RECITALS

On September 21, 2016, Plaintiffs MAUREEN CLARK and SONYA ALEXANDER ("Plaintiffs") filed a putative class and collective action complaint in the United States District Court, District of Nevada (Dkt. #1);

On June 22, 2018, Plaintiffs filed their Second Amended Class and Collective Complaint (Dkt. #52);

On March 31, 2019, the Court granted Plaintiffs' Pre-Discovery Motion for Conditional Certification Pursuant to 29 U.S.C. § 216(b) and ordered the parties to meet and confer to correct certain deficiencies the Court identified in Plaintiffs' proposed notice to putative collective members, and to resubmit the proposed notice and consent-to-sue forms for the Court's approval within fourteen days, which falls on the pressent date of April 15, 2019 (Dkt. #65);

The Parties have met and conferred to prepare revised proposed notice and consent-to-sue forms, but have not yet agreed upon final versions for submission to the Court. The Parties are confident that if given seven (7) more days to confer, they will reach an agreement on revised documents to file for the Court's aproval;

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, through their respective undersigned counsel of record, that:

1. The Parties will have until April 22, 2019 to resubmit the proposed notice and consent-to-sue forms for the Court's approval, an extension of 7 days;

IT IS SO STIPULATED.

DATED: April 15, 2019        **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: _/s/ Don Springmeyer_
Don Springmeyer, Esq.

Attorneys for Plaintiffs
MAUREEN CLARK and SONYA ALEXANDER

DATED: April 15, 2019    **MCGUIREWOODS LLP**

By:    /s John Van Hook
       Michael D. Mandel, Esq.
       John A. Van Hook, Esq.

Attorneys for Defendant
BANK OF AMERICA, N.A.

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2019, a true and correct copy of **STIPULATION TO EXTEND TIME FOR PARTIES TO RE-SUBMIT PROPOSED NOTICE AND CONSENT-TO-SUE FORMS;** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Christie Rehfeld*
    Christie Rehfeld, an Employee of
    WOLF, RIFKIN, SHAPIRO, SCHULMAN &
    RABKIN, LLP

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | CASE NO. 2:16-cv-02228- GMN-VCF<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR PARTIES TO RE-SUBMIT PROPOSED NOTICE AND CONSENT-TO-SUE FORMS**<br><br>Complaint Filed: September 21, 2016 |

## [PROPOSED] ORDER

Based on the Stipulation of the Parties and good cause appearing, the Court hereby **GRANTS** the Parties' Stipulation to Extent Time to Re-submit Proposed Notice and Consent-to-Sue Forms, and Orders as follows:

1. The Parties will have until April 22, 2019 to resubmit the proposed notice and consent-to-sue forms for the Court's approval, an extension of 7 days;

IT IS SO ORDERED.

**DATED** this __15__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT