# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | 2:16-cv-02228-GMN-VCF<br>**ORDER** |

Before the court is *Maureen Clark, et al. v. Bank of America Corporation*, case number 2:16-cv-02228-GMN-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., November 25, 2019, in Courtroom 3D.

DATED this 15th day of November, 2019.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE