# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

|  |  |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER,<br><br>              Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>              Defendant. | 2:16-cv-02228-GMN-VCF<br>**ORDER** |

Before the court is the Joint Motion to Continue Discovery Hearing (ECF No. 89).

Accordingly,

IT IS HEREBY ORDERED that is the Joint Motion to Continue Discovery Hearing (ECF No. 89) is GRANTED.

IT IS FURTHER ORDERED that the parties must submit a status report on or before November 27, 2019, indicating whether the case as settled at the November 20, 2019 mediation. If the case does not settle, IT IS FURTHER ORDERED that the parties must file a proposed discovery plan and scheduling order on or before December 4, 2019.

IT IS FURTHER ORDERED that the status hearing scheduled for November 25, 2019, is VACATED.

DATED this 20th day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE