**MCGUIREWOODS LLP**
Michael D. Mandel (admitted *pro hac vice*)
California Bar No. 216934
1800 Century Park East, 7th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Sheri M. Thome
Nevada Bar No. 8657
Chad C. Butterfield
Nevada Bar No. 10532
300 South 4th Street, 11th Floor,
Las Vegas, NV 89101
Telephone**:** 702.727.1400
Facsimile**:** 702.727.1401

Attorneys for Defendant
BANK OF AMERICA, N.A.

*(Additional counsel appear on following page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A.<br><br>Defendant. | CASE NO. 2:16-cv-02228-GMN-VCF<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PROPOSED PLAN**<br><br>Complaint Filed: September 21, 2016 |

---

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

1  Don Springmeyer
   Nevada Bar No. 1021
2  Bradley S. Schrager
   Nevada Bar No 10217
3  WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
   3556 E. Russell Road, Second Floor
4  Las Vegas, Nevada 89120
   Telephone:  702-341-5200
5  Facsimile:  702-341-5300
   dspringmeyer@wrslawyers.com
6  bschrager@wrslawyers.com

7  Kevin J. Stoops (admitted *pro hac vice*)
   (Michigan SBN # P64371)
8  SOMMERS SCHWARTZ, P.C.
   One Towne Square, 17th Floor
9  Southfield, Michigan 48076
   Telephone: 248.236.5752
10 Facsimile:  248.936.2143
   kstoops@sommerspc.com

12 Jason T. Brown (admitted *pro hac vice*)
   (New Jersey SBN# 035921996)
   Nicholas Conlon (admitted *pro hac vice*)
13 (New Jersey SBN# 034052013)
   BROWN, LLC
14 111 Town Square Place, Suite 400
   Jersey City, NJ 07310
15 Telephone: 201.630.0000
   jtb@jtblawgroup.com
16 nicholasconlon@jtblawgroup.com

17 *Attorneys for Plaintiffs* MAUREEN CLARK and
   SONYA ALEXANDER

# **RECITALS**

WHEREAS, on November 15, 2019, this Court issued an Order setting a discovery hearing for this case for November 25, 2019 [Dkt. #88];

WHEREAS, on November 19, 2019, Plaintiffs and Defendant (collectively, the "Parties") filed a joint motion to continue the discovery hearing originally set for November 25, 2019 ("Joint Motion") in light of the Parties' upcoming mediation on November 20, 2019 [Dtk. #89];

WHEREAS, on November 20, 2019, this Court issued an order granting the Parties Joint Motion dated November 19, 2019, vacating the discovery hearing originally set for November 25, 2019, and requiring the Parties to submit a proposed plan and scheduling order ("Proposed Plan") on or before December 4, 2019 in the event that this case did not settle at the mediation on November 20, 2019 [Dtk. #90];

WHEREAS, on November 20, 2019, the Parties attended and participated in the scheduled mediation, at the conclusion of which a mediator's proposal was made, which the Parties have until January 20, 2020, to accept or reject;

WHEREAS, on Tuesday, November 26, 2019, shortly before the Thanksgiving Holiday, Plaintiff's Counsel provided Defendant's Counsel with an initial draft of the Proposed Plan;

WHEREAS, on November 27, 2019, the Parties filed a joint report regarding the status of the November 20, 2019 mediation, and stating that the Parties were conferring regarding a draft of the Proposed Plan to be filed by December 4, 2019 [Dtk. #92];

WHEREAS, immediately after the Thanksgiving holiday weekend, Defendant's lead counsel became engaged in jury duty, which is expected to last for at least another five-to-seven days, and, consequently, the Parties need additional time to meet and confer to attempt to narrow or eliminate their areas of disagreement about certain aspects of the Proposed Plan before finalizing and filing it, which the Parties are confident will be accomplished by December 13, 2019;

WHEREAS, in light of the pending mediator's proposal and the contingent possibility of settlement on or by January 20, 2020, the Scheduling Order to be entered by the Court may become moot issue; and

WHEREAS, in light of all of the foregoing, the Parties have conferred and agree that good cause exists to continue the deadline for filing the Proposed Plan from December 4, 2019 to December 13, 2019.

# STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, and for good cause, that upon entry of an Order by the Court approving this Stipulation:

(1) The Parties' deadline for filing a joint discovery plan and scheduling order is continued from December 4, 2019 to December 13, 2019.

(2) By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this.

IT IS SO STIPULATED AND AGREED.

DATED: December 4, 2019  **McGuireWoods LLP**

By: /s/ Michael Mandel
Michael Mandel, Esq.

Attorneys for Defendant
BANK OF AMERICA, N.A.

DATED: December 4, 2019  **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: /s/ Don Springmeyer
Don Springmeyer, Esq.

Attorneys for Plaintiffs
MAUREEN CLARK and SONYA ALEXANDER

| | |
|---|---|
| 1 | **MCGUIREWOODS LLP**<br>Michael D. Mandel (admitted *pro hac vice*)<br>California Bar No. 216934<br>1800 Century Park East, 7th Floor<br>Los Angeles, CA 90067-1501<br>Telephone: 310.315.8200<br>Facsimile: 310.315.8210 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>Sheri M. Thome<br>Nevada Bar No. 8657<br>Chad C. Butterfield<br>Nevada Bar No. 10532<br>300 South 4th Street, 11th Floor,<br>Las Vegas, NV 89101<br>Telephone**:** 702.727.1400<br>Facsimile**:** 702.727.1401 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Attorneys for Defendant<br>BANK OF AMERICA, N.A. |
| 12 | *(Additional counsel appear on following page)* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A.<br><br>Defendant. | CASE NO. 2:16-cv-02228-GMN-VCF<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No 10217
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone:  702-341-5200
Facsimile:  702-341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

Kevin J. Stoops (admitted *pro hac vice*)
(Michigan SBN # P64371)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: 248.236.5752
Facsimile:  248.936.2143
kstoops@sommerspc.com

Jason T. Brown (admitted *pro hac vice*)
(New Jersey SBN# 035921996)
Nicholas Conlon (admitted *pro hac vice*)
(New Jersey SBN# 034052013)
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
Telephone: 201.630.0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Attorneys for Plaintiffs* MAUREEN CLARK and SONYA ALEXANDER

# ORDER

This matter comes before the Court on the Joint Stipulation to Continue Deadline to File Proposed Discovery Plan and Scheduling Order (the "Stipulation"), entered into between Plaintiffs Maureen Clark and Sonya Alexander, on the one hand, and Defendant Bank of America, N.A., on the other hand (collectively, the "Parties"). The Court, having reviewed the Stipulation, and finding good cause appearing therefor, HEREBY GRANTS the Stipulation and ORDERS as follows:

(1) The Parties' deadline for filing a joint discovery plan and scheduling order is continued from December 4, 2019 to December 13, 2019.

(2) By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this action.

**IT IS SO ORDERED.**

Dated: December 5, 2019

_____
Cam Ferenbach
United States Magistrate Judge