# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendant. | 2:16-cv-02228-GMN-VCF<br>**ORDER** |

Before the court is the proposed Joint Discovery Plan and Scheduling Order (ECF NO. 97).

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 1:00 PM, February 10, 2020, in Courtroom 3D.

DATED this 16th day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE