Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No 10217
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone: 702-341-5200
Facsimile: 702-341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Attorneys for Plaintiffs* MAUREEN CLARK and SONYA ALEXANDER

*(Additional counsel listed in signature page)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 2:16-cv-02228-GMN-VCF<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT OF MATTER AND UPCOMING STATUS HEARING**<br><br>Complaint Filed: September 21, 2016 |

Plaintiffs Maureen Clark and Sonya Alexander, on behalf of themselves and all persons who have opted in to this action (collectively "Plaintiffs"), and Defendant Bank of America, N.A., hereby notify the Court that the parties have reached an agreement in principle to settle the entire matter pursuant to a proposed collective action settlement, subject to the Court's approval and to their conferring regarding the terms and drafting/execution of the formal proposed settlement agreement. The parties presently intend to file a Motion for Approval of Settlement in approximately 45 days.

Accordingly, the parties hereby request that all current deadlines and events be vacated, including the Status Hearing on the Discovery Plan and Scheduling Order currently set for

February 10, 2020 in Courtroom D with Magistrate Judge Ferenbach.

**STIPULATION**

NOW THEREFORE, the parties hereby agree and stipulate as follows:

The current pleading and discovery deadlines in this matter should be vacated.

The Status Hearing currently scheduled for February 10, 2020 should be vacated; and

The parties shall file a Motion for Approval of Settlement in 45 days, or, if not possible by that time, file a joint status report regarding the anticipated date for filing.

DATED: January 31, 2020.

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **MCGUIREWOODS LLP** |
| By: ___*/s/ Don Springmeyer*___ | By:*/s/ Matthew C. Kane*___ |
| Don Springmeyer - NSB 1021 | Matthew C. Kane (admitted *pro hac vice*) |
| Bradley S. Schrager - NSB 10217 | (California SBN #171829) |
| 3556 E. Russell Road, Second Floor | Remy Kessler (admitted *pro hac vice*) |
| Las Vegas, Nevada 89120 | (California SBN #123165) |
| Telephone: 702-341-5200/Fax: 702-341-5300 | 1800 Century Park East, 8th Floor |
| | Los Angeles, California 90067-1501 |
| Kevin J. Stoops (admitted *pro hac vice*) | Telephone: 310.315.8200 |
| (Michigan SBN P64371) | Facsimile: 310.315.8210 |
| **SOMMERS SCHWARTZ, P.C.** | |
| One Towne Square, 17th Floor | Sheri M. Thome |
| Southfield, Michigan 48076 | Nevada Bar No. 8657 |
| Telephone: 248.236.5752/Fax: 248.936.2143 | Chad C. Butterfield |
| kstoops@sommerspc.com | Nevada Bar No. 10532 |
| | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| Jason T. Brown (admitted *pro hac vice*) | 300 South 4th Street, 11th Floor, |
| (New Jersey SBN 035921996) | Las Vegas, Nevada 89101 |
| Nicholas Conlon (admitted *pro hac vice*) | Telephone: 702.727.1400 |
| (New Jersey SBN 034052013) | Facsimile: 702.727.1401 |
| **BROWN, LLC** | |
| 111 Town Square Place, Suite 400 | |
| Jersey City, New Jersey 07310 | *Attorneys for Defendant* |
| Telephone: 201.630.0000 | *BANK OF AMERICA, N.A.* |
| jtb@jtblawgroup.com | |
| nicholasconlon@jtblawgroup.com | |
| | |
| *Attorneys for Plaintiffs* MAUREEN CLARK and SONYA ALEXANDER | |

/ / /

/ / /

**IT IS SO ORDERED.**

Dated this \_\_4th\_\_ day of \_\_February\_\_, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2020, a true and correct copy of **STIPULATION AND ORDER REGARDING SETTLEMENT OF MATTER** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Christie Rehfeld*
Christie Rehfeld, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP