Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No 10217
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone: 702-341-5200
Facsimile: 702-341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Attorneys for Plaintiffs* MAUREEN CLARK and
SONYA ALEXANDER

*(Additional counsel listed in signature page)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendant. | CASE NO. 2:16-cv-02228-GMN-VCF<br><br>**JOINT STATUS REPORT REGARDING ANTICIPATED DATE FOR FILING OF MOTION FOR APPROVAL OF SETTLEMENT** |

    Plaintiffs Maureen Clark and Sonya Alexander, on behalf of themselves and all persons who have opted in to this action (collectively, "Plaintiffs"), and Defendant Bank of America, N.A. ("Defendant"), hereby submit the following Joint Status Report in accordance with the Stipulation and Order Regarding Settlement of Matter and Upcoming Status Hearing entered by the Court on February 4, 2020 (the "Stipulation & Order") [Dkt. #111].

    On January 31, 2020, the parties informed the Court that they had reached an agreement in principle to settle the entire matter pursuant to a proposed settlement, subject to the Court's approval and to their conferring regarding the terms and drafting/execution of the formal proposed settlement agreement. *See* Dkt. #110. Pursuant to their Stipulation & Order, the parties anticipated that a Motion for Approval of Settlement would be filed within 45 days (*i.e.*, by March 20, 2020, based on the date

the Order was entered), or, if not possible by that time, they agreed to file a joint status report regarding the anticipated date for filing of the Motion. *See* Dkt. #111.

In light of the impact of the COVID-19 pandemic, the parties request additional time to prepare and execute a written settlement agreement and to prepare and file a Motion for Approval of Settlement with the Court. In that regard, Defendant will provide Plaintiffs a draft of the settlement agreement by April 1, 2020, and Plaintiffs will file the Motion for Approval of Settlement by April 15, 2020, subject to the contingencies associated with the ongoing pandemic.

DATED: March 18, 2020.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: ___*/s/ Don Springmeyer*___
Don Springmeyer - NSB 1021
Bradley S. Schrager - NSB 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone: 702-341-5200/Fax: 702-341-5300

Kevin J. Stoops (admitted *pro hac vice*)
(Michigan SBN # P64371)
**SOMMERS SCHWARTZ, P.C.**
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: 248.236.5752
Facsimile: 248.936.2143
kstoops@sommerspc.com

Jason T. Brown (admitted *pro hac vice*)
(New Jersey SBN# 035921996)
Nicholas Conlon (admitted *pro hac vice*)
(New Jersey SBN# 034052013)
**BROWN, LLC**
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
Telephone: 201.630.0000
jtb@jtblawgroup.com
nicholasconlon@jtblawgroup.com

*Attorneys for Plaintiffs* MAUREEN CLARK
and SONYA ALEXANDER

**MCGUIREWOODS LLP**

By:*/s/ Matthew C. Kane*___
Matthew C. Kane (admitted *pro hac vice*)
(California SBN #171829)
Remy Kessler (admitted *pro hac vice*)
(California SBN #123165)
1800 Century Park East, 8th Floor
Los Angeles, California 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

Sheri M. Thome
Nevada Bar No. 8657
Chad C. Butterfield
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor,
Las Vegas, Nevada 89101
Telephone: 702.727.1400
Facsimile: 702.727.1401

*Attorneys for Defendant*
BANK OF AMERICA, N.A.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of March, 2020, a true and correct copy of **JOINT STATUS REPORT REGARDING ANTICIPATED DATE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.


                                        /s/ *Matthew C. Kane*
                                        MATTHEW C. KANE


IT IS HEREBY ORDERED that additional time is granted.

IT IS FURTHER ORDERED that the Motion for Approval of Settlement must be filed on or before April 15, 2020.


IT IS FURTHER ORDERED that a telephonic status hearing is scheduled for 10:00 AM, April 29, 2020.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.


IT IS SO ORDERED.


UNITED STATES MAGISTRATE JUDGE
DATED: March 23, 2020