Don Springmeyer
Nevada Bar No. 1021
Bradley S. Schrager
Nevada Bar No 10217
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone:  702-341-5200
Facsimile:  702-341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Attorneys for Plaintiffs* MAUREEN CLARK and SONYA ALEXANDER

*(Additional counsel listed in signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAUREEN CLARK and SONYA ALEXANDER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 2:16-cv-02228-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND SUPPLEMENTAL BRIEFING ON PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FLSA COLLECTIVE SETTLEMENT, NAMED PLAINTIFF SERVICE PAYMENTS, AND ATTORNEY'S FEES AND COSTS** |

This Stipulation is entered into with regard to the following facts:

On April 15, 2020, Plaintiffs Maureen Clark and Sonya Alexander ("Plaintiffs") filed an Unopposed Motion for Approval of FLSA Collective Settlement, Named Plaintiff Service Payments, and Attorney's Fees and Costs ("Motion")[ECF No. 115].

On August 31, 2020, the Court issued an Order denying Plaintiffs' Motion in part and otherwise deferring ruling on the Motion [ECF No. 118].  The Order set a hearing for September 30, 2020 "to explain to the Court why the settlement should be approved and the case dismissed" and specified that, by September 23, 2020, the parties should "file supplemental briefing to aid in the Court's decision as to the issues identified herein."

Since issuance of the Court's August 31, 2020 Order, counsel for the parties have been diligently conferring to address the portions of the Court's Order which raised concerns with certain provisions of the parties' settlement agreement, in particular the portions providing for notice of the settlement to Collective Members as part of a one-step settlement approval process pursuant to the Fair Labor Standards Act and the definition in para. 1.2 of "Released Claims."

Counsel for the parties are still in the process of conferring about addressing the above-specified issues with the Court and believe they need an additional two weeks to either finalize a joint submission that assuages the Court's concerns, if possible, and, if not, to submit their separate supplemental briefing as ordered by the Court.

**STIPULATION**

Based on the above facts, Plaintiffs and Defendant, through their respective counsel of record, hereby stipulate and request that the Court continue the September 30, 2020 hearing regarding settlement approval and the deadline to submit their supplemental briefing by two weeks, or such later date that is convenient to the Court, to afford counsel for the parties sufficient additional time to confer about addressing the portions of the Court's Order which set forth concerns with the parties' settlement agreement, as specified above.

DATED: September 23, 2020.

| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO,** **SCHULMAN & RABKIN, LLP** | **MCGUIREWOODS LLP** |
| By: */s/ Don Springmeyer* | By: */s/ Matthew C. Kane* |
| Don Springmeyer - NSB 1021 | Matthew C. Kane (admitted *pro hac vice*) |
| Bradley S. Schrager - NSB 10217 | (California SBN #171829) |
| 3556 E. Russell Road, Second Floor | Remy Kessler (admitted *pro hac vice*) |
| Las Vegas, Nevada 89120 | (California SBN #123165) |
| Telephone: 702-341-5200/Fax: 702-341-5300 | 1800 Century Park East, 8th Floor |
| | Los Angeles, California 90067-1501 |
| Kevin J. Stoops (admitted *pro hac vice*) | Telephone: 310.315.8200 |
| (Michigan SBN # P64371) | Facsimile: 310.315.8210 |
| **SOMMERS SCHWARTZ, P.C.** | |
| One Towne Square, 17th Floor | Sheri M. Thome |
| Southfield, Michigan 48076 | Nevada Bar No. 8657 |
| Telephone: 248.236.5752 | Chad C. Butterfield |
| Facsimile: 248.936.2143 | Nevada Bar No. 10532 |
| kstoops@sommerspc.com | **WILSON, ELSER, MOSKOWITZ,** **EDELMAN & DICKER LLP** |
| Jason T. Brown (admitted *pro hac vice*) | 300 South 4th Street, 11th Floor, |
| (New Jersey SBN# 035921996) | Las Vegas, Nevada 89101 |
| Nicholas Conlon (admitted *pro hac vice*) | Telephone: 702.727.1400 |
| (New Jersey SBN# 034052013) | Facsimile: 702.727.1401 |
| **BROWN, LLC** | |
| 111 Town Square Place, Suite 400 | *Attorneys for Defendant* |
| Jersey City, New Jersey 07310 | BANK OF AMERICA, N.A. |
| Telephone: 201.630.0000 | |
| jtb@jtblawgroup.com | |
| nicholasconlon@jtblawgroup.com | |

*Attorneys for Plaintiffs* MAUREEN CLARK and SONYA ALEXANDER

## ORDER

Based on the above Stipulation, and for good cause shown, the Court hereby continues the hearing on Plaintiffs' Unopposed Motion for Approval of FLSA Collective Settlement, Named Plaintiff Service Payments, and Attorney's Fees and Costs to October 14, 2020, at 12:00 p.m., via Zoom Videoconference. The parties shall have until October 7, 2020, to file their supplemental briefing.

IT IS SO ORDERED.

Dated this __24__ day of September 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2020, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND SUPPLEMENTAL BRIEFING ON PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF FLSA COLLECTIVE SETTLEMENT, NAMED PLAINTIFF SERVICE PAYMENTS, AND ATTORNEY'S FEES AND COSTS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

　　　　　　　　　　/s/ *Matthew C. Kane*
　　　　　　　　　　MATTHEW C. KANE